# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| WAYNE LEE PALMER, | Case No. 21-CV-1980 (MJD/JFD) |
| Petitioner, | |
| v. | **ORDER** |
| UNITED STATES, | |
| Respondent. | |

This matter is before the Court on the Report and Recommendation of Magistrate Judge John Docherty dated March 25, 2022. (Doc. No. 23). No objections were filed within the time period permitted.

Pursuant to statute, the Court has conducted a <u>de novo</u> review of the record. 28 U.S.C. § 636(b)(1); Local Rule 72.2(b). Based upon that review, and in consideration of the applicable law, the Court will adopt the Report and Recommendation in its entirety.

Accordingly, based on all of the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

1. The Report and Recommendation (Doc. No. 23) is **ADOPTED**.

2. Wayne Lee Palmer's Amended Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241 (Doc. No. 5), and filing titled "Motion for Semi-Annual Unconditional Release Discharge Pursuant [to 18 U.S.C. § 4247(h)]" (Doc. No. 18), are **DENIED**.

3. Wayne Lee Palmer's filing titled "Request Hearing" (Doc. No. 20) is **DENIED** as moot.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  April 28, 2022                         s/Michael J. davis
                                               MICHAEL J. DAVIS
                                               United States District Court